FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Marquez Sehun Carter**

Debtor(s)

Case No.

Chapter  **13**

## CHAPTER 13 PLAN
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Marquez Sehun Carter** | S.S.# | **xxx-xx-4151** |
| | (W) | S.S.# | |
| ADDRESS: | **130 Volleyball Lane, Apt #241** | | |
| | **Cordova, TN 38016** | | |

PLAN PAYMENT:  Debtor(s) to pay $  **63.00**                    (~~weekly~~, every two weeks, ~~semi-monthly~~, ~~monthly~~)

PAYROLL DEDUCTION:  **YES**               OR ( ) DIRECT PAY

BECAUSE:

FIRST PAYMENT DATE:  **January 16, 2016**

PLACE OF EMPLOYMENT:  **Sam's Club**

ADMINISTRATIVE:  Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

|  | | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan    ( ) Included in Plan | $        **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $        **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $        **-NONE-** |

HOME MORTGAGE:  If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**-NONE-**

| | | | | | MONTHLY |
|---|---|---|---|---|---|
| | Ongoing pmt. Begin **N/A** | | | | $     **N/A** |
| | Approx. arrearage **N/A** | Interest **N/A** % | | | $     **N/A** |

| SECURED CREDITORS; | VALUE | RATE OF | MONTHLY |
|---|---|---|---|
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | PLAN PMT. |
| **-NONE-** | $ | % | $ |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$41,695.00**

TERMINATION:            Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
 **Trinity Lake Apartments**: **Apartment Lease**
 **USA Discnt**: **24 month furntiure lease (Current)**
 **(Lease date 1-2014 - 10-2016)**
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:        **B. David Sweeney TN BPR # 012821**
                                       **The Sweeney Law Firm, P.C.**
                                       **P.O. Box 341698**
                                       **Memphis, TN 38184**
                                       **901-523-2323 Fax:901-202-4701**